CONSTANTINE MACRICOSTAS ET AL. *v.* PLANNING COMMISSION OF THE CITY OF DANBURY ET AL.

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Fairfield County is granted.

*Lloyd Cutsumpas,* in support of the petition.

*Norman A. Buzaid* and *Robert H. Talarico,* in opposition.

Submitted September 16—decided October 2, 1974

STATE OF CONNECTICUT *v.* ROGER MORIN

The defendant's "Motion for Mandamus" is dismissed.

*Andrew J. Melechinsky,* pro se, and *Roger Morin,* pro se, in support of the motion.

Submitted September 18—decided October 2, 1974

ALAN R. VARLEY *v.* NINA B. VARLEY

The defendant's "Motion to Direct Referee to Hear Defendant-Appellant's Motion to Amend and Consolidate Assignment of Errors" in the appeal from the Superior Court in Hartford County is denied.

The defendant's "Motion to Direct Referee to Hear Defendant-Appellant's Motion to Add to Her Pro Se Motion to Add Amendments to Draft Finding of December 6, 1973, that were denied by Referee Dec. 17, 1973" in the appeal from the Superior Court in Hartford County is denied.

*Nina B. Varley,* pro se, in support of the motions.

Submitted September 18—decided October 2, 1974